No. 4962.

JULIUS SOCHA *v.* MRS. LOUISA RENALDO.

In the order of seizure and sale appealed from, the court *a qua* erred in granting five per cent. for attorney's fees, as the amount of attorney's fees was not fixed in the act of mortgage. The right of plaintiff to sue for attorney's fees hereafter is reserved to him.

APPEAL from the Fifth District Court, parish of Orleans. *Cullom, J. Braughn & Buck,* for plaintiff and appellee. *Dalton & Walker,* for defendant and appellant.

WYLY, J. This is an appeal from an order of seizure and sale. The court erred in granting the order for five per cent. attorney's fees, as the amount of attorney's fees was not fixed in the act of mortgage. The right of plaintiff to sue for attorney's fees hereafter is reserved to him.

It is therefore ordered that the judgment herein be amended by striking out that part allowing attorney's fees, and as thus amended it is affirmed, appellee paying costs of appeal.